1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

PORT OF VANCOUVER, USA, a
Washington port district,

            Plaintiff,

   v.

METRO METALS NORTHWEST, INC., an
Oregon corporation, and PACIFIC COAST
SHREDDING, L.L.C., a Washington limited
liability company,

            Defendants.

Case No C17-05571-RSL

ORDER OF DISMISSAL

      This matter has come before the Court upon the parties' Stipulated Motion of Dismissal.  Based upon the stipulation of the parties, the Court concludes that there is good cause to grant the motion.

      Therefore, the Court hereby ORDERS, ADJUDGES, and DECREES that the parties' stipulated motion is GRANTED.  This matter is dismissed and neither party is awarded costs or attorney's fees.

      Dated this 12th day of March, 2021.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER OF DISMISSAL
CASE NO. C17-05571-RSL - 1

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
700 Washington Street, Suite 701
Vancouver, WA 98660
Telephone: 360.694.7551